Damion Jemon BROWN *v.* STATE of Arkansas

CR 96-73                                  913 S.W.2d 792

Supreme Court of Arkansas
Opinion delivered February 5, 1996

*Chris Tarver,* for appellant.

No response.

PER CURIAM. Appellant, Damion Jemon Brown, by his attorney, has filed for a rule on the clerk.

His attorney, Chris Tarver, admits that the failure to file the record in time was due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See* our Per Curiam opinion dated February 5, 1979, *In*

*Re: Belated Appeals in Criminal Cases,* 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.